UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-272-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| LEVI GEREAU | |

On Motion of the Defendant, Levi Gereau, and for good cause shown, it is hereby ORDERED that Docket Entry No. 26 be sealed until further notice by this Court.

This _5_ day of February, 2016.

JAMES C. DEVER, III
CHIEF UNITED STATES JUDGE